In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated in the Borough of Richmond, City of New York, Required in Connection with the Construction of the Freight and Passenger Tunnel between the Boroughs of Brooklyn and Richmond, in the City of New York, Duly Selected According to Law. On Petition of EUGENE DECKER.— Motion for payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Consisting of the Block Bounded by Firth Avenue, Juniper Valley Road, Contrell Street and Threshire Place, Middle Village, Borough of Queens, City of New York, Duly Selected as the Site for School Purposes According to Law. In the Matter of the Application of LORETTA M. NEUFELD for the Withdrawal of Moneys of the Said LORETTA M. NEUFELD, from the Chamberlain's Office, Deposited in School Site Proceeding on Firth Avenue and Juniper Valley Road, Queens County, New York.— Motion for payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

In the Matter of the Application of CLARENCE W. DANES to Lay Out a Highway to Sayville, in the Town of Islip, and the Assessment of Damages Therefor. TOWN OF ISLIP, Appellant; JOSEPH WOOD and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

In the Matter of the Petition of ARTHUR GOLUB for the Payment of an Award for Damage Lot 54 in Block 4743, Made in the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Consisting of the Two Blocks Bounded by Tilden Avenue on the North, East Fifty-seventh Street on the West, Beverly Road on the South, and East Fifty-ninth Street on the East, Duly Selected as a Site for School Purposes, According to Law.— Motion for payment of award referred to an official referee to hear and to report to this court with his opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of ANNA HAND, Respondent, v. ORTSCHREIB BUILDING CORPORATION and Others, Defendants. MUNICIPAL BANK AND TRUST COMPANY and THE BANK OF UNITED STATES and EMANUEL COHON, Appellants.— Motion for stay granted. Present — Young, Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of SIDNEY G. HARNETT, Petitioner, for a Prohibitive Order against Extraordinary Trial Term of the Supreme Court, Alleged to Be Held in and for the County of Kings, Under and Pursuant to a Proclamation of the Governor of the State of New York, Dated August 2, 1929, and the Hon. ARTHUR S. TOMPKINS, a Justice of the Supreme Court of the Ninth Judicial District, Designated to Hold Said Alleged Extraordinary Trial Term, and the PEOPLE OF THE STATE OF NEW YORK, the Alleged Plaintiff in a Criminal Action, Now Alleged to Be Pending in the Said Alleged Extraordinary Trial Term of the Supreme Court against the Petitioner, Respondents.— Motion for alternative order of prohibition denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of SIDNEY G. HARNETT, Petitioner, for a Prohibitive Order against Extraordinary Trial Term of the Supreme Court, Alleged to Be Held in and for the County of Kings, Under and Pursuant to a Proclamation